UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Mendez Lara, Petitioner v. Todd Blanche, et al., Respondents | Case No. 2:26-cv-02784-CDS-NJK **Order Granting Respondents' Motion to Extend Time to Produce Documents** [ECF No. 7] |

Counsel for the federal respondents moves for an additional five days to produce records relevant to the lawfulness of the petitioner's detention, as ordered on September 2, 2026.[1] ECF No. 7. At that time, the federal respondents were ordered to produce the documents by September 16, 2026. ECF No. 3 at 2. Counsel represents, however, that, as of that date, the federal respondents had not provided him with any documents. ECF No. 7.

Because limited discovery is necessary to properly dispose of this matter, I find good cause to grant counsel's request and extend the deadline for producing the documents. It is therefore ordered that the federal respondents' motion to extend time **[ECF No. 7] is granted** nunc pro tunc, and the deadline for producing the records is extended to September 21, 2026. The records must be produced by that date, or the federal respondents must certify that, after a diligent search, they have determined that the records are not in their possession, custody, or control.

Dated: September 18, 2026

Cristina D. Silva
United States District Judge

[1] Those records are: (1) I-200 warrant for arrest of alien; (2) I-286 initial custody determination; (3) I-862 notice to appear; (4) I-213 record of deportable or inadmissible alien; (5) all immigration court orders in the petitioner's removal proceedings or custody redetermination proceedings; (6) documents reflecting any appeal of any immigration court orders by the Department of Homeland Security or the petitioner; (7) transcripts and/or audio recordings of any custody redetermination proceedings; and (8) any other records the federal respondents rely on to justify petitioner's detention. ECF No. 3 at 2.