Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nicholas Wolfram
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

*Attorney for Petitioner Jonathan Mendez Lara

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jonathan Mendez Lara,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02784-CDS-NJK

**Order Approving Stipulation for Extension of time to File Amended Petition**

[ECF No. 10]

Petitioner Jonathan Mendez Lara and Federal Respondents Ruben Leyva, Todd Blanche, Markwayne Mullin, and David J. Venturella, through undersigned counsel, submit this stipulation for a 7-day extension of time for Mr. Mendez Lara to file his Amended Petition. This would extend Mr. Mendez Lara's deadline to file the Amended Petition from September 23, 2026,[1] to September 30, 2026. Counsel

[1] This Court ordered the Federal Public Defender to file its notice of appearance by September 9, 2026, and that Mr. Mendez Lara's Amended Petition is due 14 days after that notice of appearance. ECF No. 3 at 2. Undersigned counsel did not enter his appearance until September 11, 2026. ECF No. 5. Out of an abundance of caution, undersigned counsel presumes the Amended Petition is due

for Federal Respondents, Russell Webb, advised that Respondents do not oppose this extension.

This is Mr. Mendez Lara's first request for an extension. This request is not for the purpose of delay, but made in good faith to allow undersigned counsel to adequately discuss Mr. Mendez Lara's case with him.

Dated September 23, 2026.

RENE L. VALLADARES
Federal Public Defender

By *s/ Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By s/
Russell Webb
Assistant United States Attorney

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: September 28, 2026

---

within 14 days of the originally ordered appearance deadline rather than when counsel entered his appearance.