Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nicholas Wolfram
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

*Attorney for Petitioner Jonathan Mendez Lara

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jonathan Mendez Lara,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02784-CDS-NJK

**Order Approving Stipulation for Extension of Time to File Amended Petition** (Second Request)

[ECF No. 12]

## POINTS AND AUTHORITIES

Petitioner Jonathan Mendez Lara and Federal Respondents Ruben Leyva, Todd Blanche, Markwayne Mullin, and David J. Venturella, through undersigned counsel, submit this stipulation for a 14-day extension of time for Mr. Mendez Lara to file his Amended Petition. This would extend Mr. Mendez Lara's deadline to file the Amended Petition from September 30, 2026, to October 14, 2026. Counsel for Federal Respondents, Russell Webb, advised that Respondents do not oppose this extension.

Undersigned counsel inadvertently missed the previous deadline on September 30, 2026, to file this second request for an extension of time to file the

Amended Petition. Under Fed. R. Civ. P. 6(b)(1)(B) and LR 6-1, courts may consider an untimely request upon a showing of excusable neglect. In determining excusable neglect, courts weigh "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 973 (9th Cir. 2007) (citation omitted).

All four factors support excusable neglect here. *First*, there is no danger of prejudice to the government given its non-opposition to this late request. *Second*, this request is made the morning after the original deadline, so the delay is minimal. *Third*, this untimely request is due to undersigned counsel's mistake and is not a result of Mr. Mendez Lara's actions. Undersigned counsel met with Mr. Mendez Lara earlier this week and, after discussing his options in this case, allowed him time to consider his preferred next steps. Undersigned counsel inadvertently missed the deadline to file a request for an extension to allow Mr. Mendez Lara to further consider his options in this case. Fourth, this untimely request is not made in bad faith, but made to allow undersigned counsel to further discuss this case with Mr. Mendez Lara after inadvertently missing the deadline to request an extension of time.

This is Mr. Mendez Lara's second request for an extension. This request is not for the purpose of delay, but made in good faith to allow undersigned counsel to adequately discuss Mr. Mendez Lara's case with him.

Dated October 1, 2026.

RENE L. VALLADARES
Federal Public Defender

By *s/ Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By *s/Russell Webb*
Russell Webb
Assistant United States Attorney

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: October 2, 2026