Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nicholas Wolfram
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org

*Attorney for Petitioner Jonathan Mendez Lara

# United States District Court
# District of Nevada

Jonathan Mendez Lara,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02784-CDS-NJK

**Order Approving Stipulation for Extension of Time to File Amended Petition**

[ECF No. 14]

## Points and Authorities

Petitioner Jonathan Mendez Lara and Federal Respondents Ruben Leyva, Todd Blanche, Markwayne Mullin, and David J. Venturella, through undersigned counsel, submit this stipulation for a 14-day extension of time for Mr. Mendez Lara to file his Amended Petition. This would extend Mr. Mendez Lara's deadline to file the Amended Petition from October, 2026, to October 28, 2026. Counsel for Federal Respondents, Russell Webb, advised that Respondents do not oppose this extension.

This extension request is not for the purpose of delay. Undersigned counsel attempted to have a confidential legal call with Mr. Mendez on October 9, 2026, but was unable to connect with a third-party interpreter as a result of technical issues.

Undersigned counsel is out of the country on pre-approved leave from October 12, 2026, to October 19, 2026, and will likely be unable to meet with Mr. Mendez until after that time period. This request is thus not for the purpose of delay, but made in good faith to allow undersigned counsel to adequately discuss Mr. Mendez Lara's case with him.

Dated October 9, 2026.

RENE L. VALLADARES
Federal Public Defender

By *s/ Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By *s/Russell Webb*
Russell Webb
Assistant United States Attorney

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: October 13, 2026